IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 23 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC. | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. H-04-2483 |
| TAYLORS INTERNATIONAL SERVICES LTD., H.N.A. "SANDY" GOODMAN AND SHABBIR ALI, | § § § § | |
| Defendants. | § | |

## DISCLOSURE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Taylors International Services Limited states that it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: Houston, Texas
September 23, 2004

Respectfully Submitted,

By: _____
C. Charles Dippel
State Bar No. 05891000
Federal Bar No. 3262
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 (fax)

HOU:2357957.1

>ATTORNEY-IN-CHARGE FOR
>DEFENDANT TAYLORS
>INTERNATIONAL SERVICES LIMITED

OF COUNSEL:

John K. Crossman
Zukerman Gore & Brandeis
900 Third Avenue
New York, NY 10022
(212) 223-6700
(212) 223-6433 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forward to counsel of record as required by the Rules, on this the _23_ day of September, 2004, as indicated below.

*[signature]*
C. Charles Dippel

## SERVICE LIST

Reagan M. Brown
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

HOU:2357957.1