# EXHIBIT E

**ICC**
**International Chamber of Commerce**

*The world business organization*

## International Court of Arbitration • Cour internationale d'arbitrage

18 January 2005/sg

**13 491/JNK/EBS**

TAYLORS INTERNATIONAL SERVICES LIMITED (Channel Islands) **vs/** ESSO EXPLORATION AND PRODUCTION CHAD INC. (U.S.A.)

---

<u>Counsel in charge of the file: Ms. Erica Stein (dir. tel: 33 1 49 53 28 32 - dir. fax: 33 1 49 53 57 80)</u>

John K. Crossman, Esq.
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York 10022
U.S.A.

<u>By mail and fax 00 1 212 223 6433</u>

Reagan M. Brown, Esq.
David J. Levy, Esq.
Charles Jason Rother, Esq.
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
U.S.A.

<u>By mail and fax 00 1 713 651 5246</u>

Dear Sirs,

The Secretariat informs you that the Court took the following decisions at its session of 14 January 2005. The Court:

1. Decided not to join Mr. H.N.A. "Sandy" Goodman as a party to this arbitration.

2. Decided not to join Mr. Shabbir Ali as a party to this arbitration.

3. Took the necessary steps for the appointment of a Sole Arbitrator.

4. Fixed the advance on costs at US$ 130 000, subject to later readjustments.

Pursuant to Article 30(2) of the Rules and Article 1(4) of Appendix III, the advance on costs is fixed to cover the fees of the Sole Arbitrator, the out-of-pocket expenses, if any, and the ICC administrative expenses. In the present matter, the advance on costs has been fixed on the basis of the information available to the Court to date, and on an amount in dispute partially quantified at US$ 6 500 000 (*i.e.*, US$ 2 500 000 for the partially quantified principal claims and US$ 4 000 000 for the partially quantified counterclaims).

Depending on the evolution of the matter, the Court may readjust the advance on costs at a later date.

.../...

**ICC International Court of Arbitration • Cour internationale d'arbitrage de la CCI**
38, Cours Albert 1er, 75008 Paris, France
Telephone +33 1 49 53 28 28   Fax +33 1 49 53 29 29 / +33 1 49 53 29 33
Website www.iccarbitration.org   E-mail arb@iccwbo.org

13 491/JNK/EBS                                                                                              Page 2
------------------------------------------------------------------------------------------------------------

In conformity with Article 30(3) of the Rules, the parties shall be invited to pay within 30 days from the day following the date of transmission of the file to the Sole Arbitrator, the advance on costs in the following manner:

      Claimant:    US$ 40 000 (US$ 65 000 less US$ 25 000 already paid)
      Respondent:  US$ 65 000

We remind the parties that, as the provisional advance has been fully paid, in accordance with Article 13 of the Rules, the file shall be transmitted to the Sole Arbitrator, once appointed.

Very truly yours,

Erica Stein
Counsel
Secretariat
ICC International Court of Arbitration