IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-2483 |
| TAYLORS INTERNATIONAL SERVICES LTD., *et al.*, | § § § | |
| Defendants. | § | |

### FINAL TRANSFER ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of New York.

SIGNED at Houston, Texas, this **1st** day of **June, 2006**.

Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2004\2483Transfer.wpd   060601.1351